IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CASE NUMBER: 06-81166
CHAPTER 13

IN RE:
  TRACY LYNN DUDLEY          NOTICE OF APPEARANCE PURSUANT
                                            TO BANKRUPTCY RULE 9010 (b) and
                                            REQUEST FOR NOTICES UNDER
                                            BANKRUPTCY RULE 2002

To the Clerk of the United States Bankruptcy Court:

    **PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Kimberly A. Sheek
Shapiro & Ingle, L.L.P.
8520 Cliff Cameron Drive, Suite 300
Charlotte, NC 28269

as counsel for Saxon Mortgage Services, Inc, a creditor of the above named Debtor(s).

    **REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

*s/ Kimberly A. Sheek*
Kimberly A. Sheek
NC Bar # 34199

## CERTIFICATE OF SERVICE

    The undersigned certifies that on the date set forth below, this Notice of Appearance was served by first class U.S. mail, postage prepaid, or by electronic mail, if applicable, to the following:

Richard M. Hutson, II
Trustee
P.O. Box 3613
Durham, NC 27702-3613

John T. Orcutt
Attorney At Law
6616 Six Forks Road
Suite 203
Raleigh, NC 27615

    This the 10th day of November, 2006

*s/ Kimberly A. Sheek*
Kimberly A. Sheek
NC Bar # 34199

06-83752