

# MAKING HOME AFFORDABLE



---

## NOTICE TO BORROWERS

Be advised that you are signing the following documents under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By signing the enclosed documents you certify, represent and agree that:

"Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

---

### SIGTARP Hotline

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by:

| | |
|---|---|
| Online Form: | www.SIGTARP.gov |
| Phone: | 877-SIG-2009 (toll-free) |
| Fax: | 202-622-4559 |
| Mail to: | Hotline |
| | Office of the Special Inspector General |
| | For The Troubled Asset Relief Program |
| | 1500 Pennsylvania Ave., NW, Suite 1064 |
| | Washington, D.C. 20220 |

For all other inquiries related to your mortgage, please contact your Lender.

---

SIGTARP FRAUD NOTICE
VMP ®
Wolters Kluwer Financial Services ©2009

D14104 (0903)

**COMPLETE YOUR CHECKLIST**    This is the information we need to help you modify your mortgage payment.

## Act Now!

**To accept this offer,** and see if you qualify for a Home Affordable Modification, send the 5 items listed below to                    Saxon Mortgage Services, Inc.                    , no later than       August 1, 2009        . Use the return envelope provided for your convenience.

☐ 1. Two copies of the enclosed Trial Period Plan signed by all borrowers,

☐ 2. Your first month's trial period payment in the amount of $ 818.99

☐ 3. The enclosed Hardship Affidavit completed and signed by all borrowers (no notary required),

☐ 4. A signed and dated copy of the IRS Form 4506-T (Request for Transcript of Tax Return) for each borrower (borrowers who filed their tax returns jointly may send in one IRS Form 4506-T signed and dated by both of the joint filers), and

☐ 5. Documentation to verify all of the income of each borrower (including any alimony or child support that you choose to rely upon to qualify). This documentation should include:

**For each borrower who is a salaried employee:**

☐ Copy of the most recent filed federal tax return with all schedules; and

☐ Copy of the two most recent pay stubs.

**For each borrower who is self-employed:**

☐ Copy of the most recent filed federal tax return with all schedules, and

☐ Copy of the most recent quarterly or year-to-date profit/loss statement.

**For each borrower who has income such as social security, disability or death benefits, pension, public assistance, or unemployment:**

☐ Copy of most recent federal tax return with all schedules and W-2 or copies of two most recent bank statements.

☐ Copy of benefits statement or letter from the provider that states the amount, frequency and duration of the benefit. Social security, disability, death or pension benefits must continue for at least 3 years to be considered qualifying income under this program. Public assistance or unemployment benefits must continue for at least 9 months to be considered qualifying income under this program.

**For each borrower who is relying on alimony or child support as qualifying income:**

☐ Copy of divorce decree, separation agreement or other written agreement or decree that states the amount of the alimony or child support and period of time over which it will be received. Payments must continue for at least 3 years to be considered qualifying income under this program.

☐ Proof of full, regular and timely payments; for example deposit slips, bank statements, court verification or filed federal tax return with all schedules.

**For each borrower who has rental income:**

☐ Copies of most recent two years filed federal tax returns with all schedules, including Schedule E-Supplement Income and Loss. Rental income for qualifying purposes will be 75% of the gross rent.

If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at 1- (888)325-3502

**You must send in both signed copies of the Trial Period Plan, all required income documentation, and your first trial period payment by this date       August 1, 2009       . If you cannot provide the documentation within the time frame provided, please contact us to request an extension of time to gather your documents.**

Keep a copy of all documents for your records. Don't send original income documentation as copies are acceptable.

**Your remaining trial period payments in the amount of $ 818.99       per month will be due on or before September 1, 2009 and October 1, 2009                . These payments should be sent instead of, not in addition to, your normal monthly mortgage payment.** If the trial period payments are made in amounts different from the amount stated your loan may not be modified.

If you cannot afford the trial period payments shown above, but want to remain in your home, or if you want to leave your home and avoid foreclosure, please call us at 1- (888)325-3502                . We may be able to help you.

HOME AFFORDABLE MODIFICATION PROGRAM - STANDARD INCOME VERIFICATION PROCESS COVER LETTER
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

C18L-300-02-8
D14113  (0905)
Page 3 of 5

**IMPORTANT PROGRAM INFO**    Here's what you need to know about the Home Affordable Modification program.

**NO FEES.** There are no fees under the Home Affordable Modification program.

**TRIAL PERIOD PLAN/MODIFICATION    AGREEMENT.** The Trial Period Plan is the first step. Once we are able to confirm your income and eligibility for the program, we will finalize your modified loan terms and send you a loan modification agreement ("Modification Agreement"), which will reflect the terms of your modified loan. In addition to successfully   completing the trial period, you will need to sign and promptly return to us both copies of the Modification Agreement or your loan can not be modified.

**NEW PRINCIPAL   BALANCE.**  Past due amounts as of the end of the trial period, including  unpaid interest, real estate taxes, insurance premiums and certain assessments  paid on your behalf to a third party, will be added to your mortgage loan balance (the "Past Due Arrearage Amount").  **If you fulfill the terms of the trial period including,  but not limited to, making the trial period payments, we will waive ALL unpaid late charges at the end of the trial period.**

**ESTIMATED   MONTHLY  PAYMENT.**  At this time, we are not able to calculate precisely the Past Due Arrearage Amount or the amount of the modified loan payment that will be due after successful  completion of the trial period. However, based on information we currently have, your trial period payment should be close to your modified loan payment.  As we near the end of the trial period, we will  calculate any past due amount to determine your new permanent monthly payment  and other modified loan terms.

**ESCROW  ACCOUNT.**  The terms of your Trial Period Plan and your Modification Agreement will  require the servicer to set aside a portion of your new monthly payment in an escrow account  for payment of your property taxes, insurance premiums and other required fees.  Your current loan may also require escrows.  If it does not, the previous waiver of escrows is cancelled under your Trial Period Plan.

Saxon Mortgage Services, Inc. will draw on this account to pay your real estate taxes and insurance premiums as they come due. Please note that your escrow payment amount will adjust if your taxes, insurance premiums and/or assessment  amounts change, so the amount of your monthly payment that the servicer must place in escrow will also adjust as permitted by law. This means that your monthly payment may change. Your initial monthly escrow payment will be $162.58.

**BORROWER  INCENTIVE.**   If your monthly mortgage payment (principal, interest, property taxes, hazard insurance, flood insurance, condominium association fees and homeowner's association fees, as applicable, but excluding mortgage insurance) is reduced through the Home Affordable Modification Program by six percent or more and if you make your monthly mortgage payments on time, you will accrue a monthly benefit equal to the lesser of: (i) $83.33 or (ii) one-half of the reduction in your monthly mortgage payment.  As long as your mortgage loan does not become 90 days delinquent, we will apply your accrued monthly benefit to your mortgage loan and reduce your principal balance after each of the first through fifth anniversaries of the month in which the Trial Period Plan is executed.  If your modified mortgage loan ever becomes 90 days delinquent, you will lose all accrued but unapplied principal reduction benefits and will no longer be eligible to accrue additional principal reduction benefits even if the mortgage loan is later brought current.

**CREDIT  COUNSELING.**   If you have very high levels of debt you will  be required to obtain credit counseling  under the Home Affordable Modification program.

**CREDIT  REPORTING.**   During the trial period, we will  report your loan as delinquent to the credit reporting agencies even if you make your trial period payments  on time.  However, after your loan is modified, we will  only report the loan as delinquent if the modified payment  is not received in a timely  manner.

HOME AFFORDABLE  MODIFICATION   PROGRAM   - STANDARD   INCOME  VERIFICATION  PROCESS  COVER  LETTER
Single  Family - Fannie Mae/Freddie  Mac UNIFORM  INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

C19L-309-02-8
014113   (0908)
Page 4 of 5

**FREQUENTLY ASKED QUESTIONS** You've got questions? We've got answers.

**Q. How long will it take to process my modification request and determine if I qualify for the program?**

It may take up to    30    days for us to receive and review your documents. We will process your modification request as quickly as possible. Please note, however, that your modification will not be effective unless you meet all of the applicable conditions, including making all trial period payments.

**Q. What if my trial period payment is less than the payment I currently owe on my loan?**

We will add the difference between the monthly payment that you currently owe on your loan and the trial period payment to your loan balance and allow you to pay it over the remainder of the modified loan term.

**Q. What do you do with my first trial period payment if I do not qualify for the program?**

Your first trial payment will be applied to your existing loan in accordance with the terms of your loan documents. If you don't qualify for the program, we will help you evaluate other options to help you keep your home or ease your transition to a new home.

**Q. Will a foreclosure occur if I participate in the Home Affordable Modification program?**

As long as you comply with the terms of the Trial Period Plan, we will not start foreclosure proceedings or conduct a foreclosure sale if foreclosure proceedings have started. If you fail to comply with the terms of the Trial Period Plan and do not make other arrangements, your loan will be enforced according to its original terms, which could include foreclosure.

**Q. What happens to my trial period payments if I do not comply with the terms of the Trial Period Plan?**

Your trial period payments will be applied to your existing loan according to the terms of your loan documents.

**Q. If I get a Home Affordable Modification, can my modified loan terms ever revert to the original loan terms?**

No. This is one of the advantages of the Home Affordable Modification program. Once your loan is modified, the new terms stay in place for the remainder of your loan.

**Q. Do all borrowers have to sign the Trial Period Plan and other documents?**

Unless a borrower or co-borrower is deceased, all borrowers who signed the original loan documents or their duly authorized representative(s) must sign the Trial Period Plan, the Modification Agreement and all other required modification documents. Contact your servicer if it would be difficult or impossible for you to comply with this requirement.

**Q. Could my trial period payment be more than my current payment?**

Yes. For example, if your current payment does not include an escrow payment and you are now required to make monthly escrow payments, your trial period payment could be higher than your current payment. Note, however, that the increase in your payment under these circumstances would be offset by other tax and insurance bills you would no longer have to pay directly as we will pay those for you out of your escrow account.

HOME AFFORDABLE MODIFICATION PROGRAM - STANDARD INCOME VERIFICATION PROCESS COVER LETTER
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

C15L-309-02-8
D14113    (0905)
Page 5 of 5

# Home Affordable Modification Program Hardship Affidavit

Borrower Name
(first, middle, last):  TRACY DUDLEY                                    Date of Birth: _____

Co-Borrower Name:
(first, middle, last): _____    Date of Birth: _____

Property Street Address: 701 LARCHWOOD DR

Property City, ST, Zip: DURHAM, NC 27713

Servicer:        Saxon Mortgage Services, Inc.

Loan Number: 2000010074

In order to qualify for                    Saxon Mortgage Services, Inc.                'S ("Servicer") offer to enter into an agreement to modify my loan under the federal government's Home Affordable Modification Program (the "Agreement"), I/we am/are submitting this form to the Servicer and indicating by my/our checkmarks (" ✓ ") the one or more events that contribute to my/our difficulty making payments on my/our mortgage loan.

| Borrower | | Co-Borrower | | |
|---|---|---|---|---|
| Yes | No | Yes | No | |
| ☐ | ☐ | ☐ | ☐ | My income has been reduced or lost. For example: unemployment, underemployment, reduced job hours, reduced pay, or a decline in self-employed business earnings. I have provided details below under "Explanation." |
| Yes | No | Yes | No | |
| ☐ | ☐ | ☐ | ☐ | My household financial circumstances have changed. For example: death in family, serious or chronic illness, permanent or short-term disability, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members). I have provided details below under "Explanation." |
| Yes | No | Yes | No | |
| ☐ | ☐ | ☐ | ☐ | My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical and health-care costs, uninsured losses (such as those due to fires or natural disasters), unexpectedly high utility bills, increased real property taxes. I have provided details below under "Explanation." |
| Yes | No | Yes | No | |
| ☐ | ☐ | ☐ | ☐ | My cash reserves are insufficient to maintain the payment on my mortgage loan and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments). I have provided details below under "Explanation." |
| Yes | No | Yes | No | |
| ☐ | ☐ | ☐ | ☐ | My monthly debt payments are excessive, and I am overextended with my creditors. I may have used credit cards, home equity loans or other credit to make my monthly mortgage payments. I have provided details below under "Explanation." |
| Yes | No | Yes | No | |
| ☐ | ☐ | ☐ | ☐ | There are other reasons I/we cannot make our mortgage payments. I have provided details below under "Explanation." |

HOME AFFORDABLE MODIFICATION PROGRAM - HARDSHIP AFFIDAVIT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 1021 04/09

D14102 (0904)
Page 1 of 4

## Information for Government Monitoring Purposes

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | Race: | ☐ American Indian or Native American<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| Sex: | ☐ Female<br>☐ Male | Sex: | ☐ Female<br>☐ Male |
| To be Completed by Interviewer | Interviewer's Name (print or type) | Name/Address of Interviewer's Employer | |
| ☐ Face-to-face interview<br>☐ Mail | Interviewer's Signature          Date | | |
| ☐ Telephone<br>☐ Internet | Interviewer's Phone Number (include area code) | | |

## Borrower/Co-Borrower Acknowledgement

1. Under penalty of perjury, I/we certify that all of the information in this affidavit is truthful and the event(s) identified above has/have contributed to my/our need to modify the terms of my/our mortgage loan.

2. I/we understand and acknowledge the Servicer may investigate the accuracy of my/our statements, may require me/us to provide supporting documentation, and that knowingly submitting false information may violate Federal law.

3. I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this Hardship Affidavit, or if I/we do not provide all of the required documentation, the Servicer may cancel the Agreement and may pursue foreclosure on my/our home.

5. I/we certify that my/our property is owner-occupied and I/we have not received a condemnation notice.

6. I/we certify that I/we am/are willing to commit to credit counseling if it is determined that my/our financial hardship is related to excessive debt.

7. I/we certify that I/we am/are willing to provide all requested documents and to respond to all Servicer communication in a timely manner. I/we understand that time is of the essence.

HOME AFFORDABLE MODIFICATION PROGRAM - HARDSHIP AFFIDAVIT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 1021 04/09

D14102 (0904)
Page 2 of 4

8.  I/we understand that the Servicer will use this information to evaluate my/our eligibility for a loan modification or other workout, but the Servicer is not obligated to offer me/us assistance based solely on the representations in this affidavit.

9.  I/we authorize and consent to Servicer disclosing to the U.S. Department of Treasury or other government agency, Fannie Mae and/or Freddie Mac any information provided by me/us or retained by Servicer in connection with the Home Affordable Modification Program.

| Borrower Signature | Date | Co-Borrower Signature | Date |
|---|---|---|---|

Email Address: _____

Email Address: _____

Cell Phone: _____

Cell Phone: _____

Home Phone: _____

Home Phone: _____

Work Phone: _____

Work Phone: _____

Social Security Number: _____

Social Security Number: _____

Explanation: _____

_____

_____

_____

_____

_____

_____

_____

_____

HOME AFFORDABLE MODIFICATION PROGRAM - HARDSHIP AFFIDAVIT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 1021 04/09
D14102 (0904)
Page 3 of 4

Case 06-81166    Doc 60-1    Filed 07/27/09    Page 7 of 12

HOME AFFORDABLE  MODIFICATION  PROGRAM  - HARDSHIP  AFFIDAVIT
Single Family - Fannie Mae/Freddie Mac UNIFORM  INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 1021  04/09

D141B2  (0904)
Page 4 of 4

Investor Loan # : 2000010074

# HOME AFFORDABLE MODIFICATION TRIAL PERIOD PLAN
## (Step One of Two-Step Documentation Process)

Trial Period Plan Effective Date:      August 1, 2009

Borrower ("I") [1]: TRACY DUDLEY

Lender ("Lender"):
Wells Fargo Bank, N. A., as Trustee for First Franklin Mortgage Loan Trust 2004-FFH3

Date of first lien Security Instrument ("Mortgage") and Note ("Note"): November 8, 2004

Loan Number:  1044347178

Property Address ("Property"):
701 LARCHWOOD DR
DURHAM, NC 27713

If I am in compliance with this Trial Period Plan (the "Plan") and my representations in Section 1 continue to be true in all material respects, then the Lender will provide me with a Home Affordable Modification Agreement ("Modification Agreement"), as set forth in Section 3, that would amend and supplement (1) the Mortgage on the Property, and (2) the Note secured by the Mortgage. The Mortgage and Note together, as they may previously have been amended, are referred to as the "Loan Documents." Capitalized terms used in this Plan and not defined have the meaning given to them in the Loan Documents.

If I have not already done so, I am providing confirmation of the reasons I cannot afford my mortgage payment and documents to permit verification of all of my income (except that I understand that I am not required to disclose any child support or alimony unless I wish to have such income considered) to determine whether I qualify for the offer described in this Plan (the "Offer"). I understand that after I sign and return two copies of this Plan to the Lender, the Lender will send me a signed copy of this Plan if I qualify for the Offer or will send me written notice that I do not qualify for the Offer. This Plan will not take effect unless and until both I and the Lender sign it and Lender provides me with a copy of this Plan with the Lender's signature.

1.      **My Representations.**   I certify, represent to Lender and agree:

   A.      I am unable to afford my mortgage payments for the reasons indicated in my Hardship Affidavit and as a result, (i) I am either in default or believe I will be in default under the Loan Documents in the near future, and (ii) I do not have sufficient income or access to sufficient liquid assets to make the monthly mortgage payments now or in the near future;

   B.      I live in the Property as my principal residence, and the Property has not been condemned;

---

[1] If there is more than one Borrower or Mortgagor executing this document, each is referred to as "I". For purposes of this document words signifying the singular (such as "I") shall include the plural (such as "we") and vice versa where appropriate.

HOME AFFORDABLE MODIFICATION - TRIAL PERIOD PLAN
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 3156 3/09 (rev. 3/09)
D14103    (0903)
Page 1 of 4

C.    There has been no change in the ownership of the Property since I signed the Loan Documents;

D.    I am providing or already have provided documentation for all income that I receive (and I understand that I am not required to disclose any child support or alimony that I receive, unless I wish to have such income considered to qualify for the Offer);

E.    Under penalty of perjury, all documents and information I have provided to Lender pursuant to this Plan, including the documents and information regarding my eligibility for the program, are true and correct; and

F.    If Lender requires me to obtain credit counseling, I will do so.

2.    **The Trial Period Plan.** On or before each of the following due dates, I will pay the Lender the amount set forth below ("Trial Period Payment"), which includes payment for Escrow Items, including real estate taxes, insurance premiums and other fees, if any, of U.S. $818.99.

| Trial Period Payment # | Trial Period Payment | Due Date On or Before |
|---|---|---|
| 1 | $    818.99 | 08/01/2009 |
| 2 | $    818.99 | 09/01/2009 |
| 3 | $    818.99 | 10/01/2009 |

The Trial Period Payment is an estimate of the payment that will be required under the modified loan terms, which will be finalized in accordance with Section 3 below.

During the period (the "Trial Period") commencing on the Trial Period Effective Date and ending on the earlier of: (i) the first day of the month following the month in which the last Trial Period Payment is due (the "Modification Effective Date") or (ii) termination of this Plan, I understand and acknowledge that:

A.    TIME IS OF THE ESSENCE under this Plan;

B.    Except as set forth in Section 2.C. below, the Lender will suspend any scheduled foreclosure sale, provided I continue to meet the obligations under this Plan, but any pending foreclosure action will not be dismissed and may be immediately resumed from the point at which it was suspended if this Plan terminates, and no new notice of default, notice of intent to accelerate, notice of acceleration, or similar notice will be necessary to continue the foreclosure action, all rights to such notices being hereby waived to the extent permitted by applicable law;

C.    If my property is located in Georgia, Hawaii, Missouri, or Virginia and a foreclosure sale is currently scheduled, the foreclosure sale will not be suspended and the lender may foreclose if I have not made each and every Trial Period Payment that is due before the scheduled foreclosure sale. If a foreclosure sale occurs pursuant to this Section 2.C., this agreement shall be deemed terminated;

D.    The Lender will hold the payments received during the Trial Period in a non-interest bearing account until they total an amount that is enough to pay my oldest delinquent monthly payment on my loan in full. If there is any remaining money after such payment is applied, such remaining funds will be held by the Lender and not posted to my account until they total an amount that is enough to pay the next oldest delinquent monthly payment in full;

E.    When the Lender accepts and posts a payment during the Trial Period it will be without prejudice to, and will not be deemed a waiver of, the acceleration of the loan or foreclosure action and related activities and shall not constitute a cure of my default under the Loan Documents unless such payments are sufficient to completely cure my entire default under the Loan Documents;

F.    If prior to the Modification Effective Date, (i) the Lender does not provide me a fully executed copy of this Plan and the Modification Agreement; (ii) I have not made the Trial Period payments required under Section 2 of this Plan; or (iii) the Lender determines that my representations in Section 1 are no longer true and correct, the Loan Documents will not be modified and this Plan will terminate. In this event, the Lender will have all of the rights and remedies provided by the Loan Documents, and any payment I make under this Plan shall be applied to amounts I owe under the Loan Documents and shall not be refunded to me; and

HOME AFFORDABLE MODIFICATION - TRIAL PERIOD PLAN
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 3156  3/09 (rev. 3/09)

D14103    (0903)
Page 2 of 4

G.    I understand that the Plan is not a modification of the Loan Documents and that the Loan Documents will not be modified unless and until (i) I meet all of the conditions required for modification, (ii) I receive a fully executed copy of a Modification Agreement, and (iii) the Modification Effective Date has passed.  I further understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents if I fail to meet any one of the requirements under this Plan.  I understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents or to execute the Modification Agreement if the Lender has not received an acceptable title endorsement and/or subordination agreements from other lien holders, as necessary, to ensure that the modified mortgage Loan retains its first lien position and is fully enforceable.

3.    **The Modification.**  . I understand that once Lender is able to determine the final amounts of unpaid interest and any other delinquent amounts (except late charges) to be added to my loan balance and after deducting from my loan balance any remaining money held at the end of the Trial Period under Section 2.D. above, the Lender will determine the new payment amount.  If I comply with the requirements in Section 2 and my representations in Section 1 continue to be true in all material respects, the Lender will send me a Modification Agreement for my signature which will modify my Loan Documents as necessary to reflect this new payment amount and waive any unpaid late charges accrued to date.  Upon execution of a Modification Agreement by the Lender and me, this Plan shall terminate and the Loan Documents, as modified by the Modification Agreement, shall govern the terms between the Lender and me for the remaining  term of the loan.

4.    **Additional Agreements.**  I agree to the following:

A.    That all persons who signed the Loan Documents or their authorized representative(s) have signed this Plan, unless a borrower or co-borrower is deceased or the Lender has waived this requirement in writing.

B.    To comply, except to the extent that they are modified by this Plan, with all covenants, agreements, and requirements of Loan Documents, including my agreement to make all payments of taxes, insurance premiums, assessments, Escrow Items, impounds, and all other payments, the amount of which may change periodically over the term of my loan.

C.    Intentionally Deleted.

D.    That all terms and provisions of the Loan Documents remain in full force and effect; nothing in this Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the Loan Documents.  The Lender and I will be bound by, and will comply with, all of the terms and provisions of the Loan Documents.

E.    That, as of the Modification Effective Date, any provision in the Note, as amended, for the assessment of a penalty for full or partial prepayment of the Note is null and void.

**REMAINDER  OF PAGE INTENTIONALLY   LEFT BLANK.**
**SIGNATURE  PAGE FOLLOWS.**

HOME  AFFORDABLE  MODIFICATION   - TRIAL  PERIOD  PLAN
Single  Family - Fannie Mae/Freddie  Mac UNIFORM   INSTRUMENT
VMP ®
Wolters  Kluwer Financial  Services ©2009

Form 3156  3/09 (rev. 3/09)
D14103    (0903)
Page 3 of 4

In Witness Whereof, the Lender and I have executed this Plan.

_____     (Seal)     _____
TRACY DUDLEY                                         -Borrower                     Date


_____     (Seal)     _____
                                                     -Borrower                     Date


_____     (Seal)     _____
                                                     -Borrower                     Date


_____     (Seal)     _____
                                                     -Borrower                     Date


Wells Fargo Bank, N. A., as Trustee for First Franklin Mortgage Loan Trust 2004-FFH3, by Saxon     (Seal)
Mortgage Services, Inc., as its attorney-in-fact                                                   -Lender


By: _____     (Seal)     _____
                                                                                       Date

HOME AFFORDABLE MODIFICATION  - TRIAL PERIOD PLAN
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 3158 3/09 (rev. 3/09)
014103   (0903)
Page 4 of 4