UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Tracy Lynn Dudley**

Case No. 06-81166
Chapter 13

Soc. Sec. No.: xxx-xx-3169
Address: 701 Larchwood Drive, Durham, North Carolina 27713

Debtor

## CERTIFICATE OF SERVICE

I, Koury L. Hicks, of the Law Offices of John T. Orcutt, P.C., certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on July 27, 2009, I served copies of the **Motion for Authority to Modify Current Mortgage** and **Motion For Expedited Hearing and To Shorten Time For Notice**, by regular U.S. mail, upon the following parties (names and addresses):

Richard M. Hutson, II
Chapter 13 Trustee
Post Office Box 3613
Durham, NC 27702

Saxon Mortgage Services, Inc.
4708 Mercantile Drive North
Fort Worth, TX 76137

Michael West
Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Tracy Lynn Dudley
701 Larchwood Drive
Durham, North Carolina 27713

All creditors with duly filed claims as indicated on the Trustee's Report of Filed Claims.

/s Koury L. Hicks

Koury L. Hicks