Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 06−81166

IN THE MATTER OF:
Tracy Lynn Dudley     xxx−xx−3169
P.O. Box 596
Chapel Hill, NC 27514

   Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom – First Floor, The Durham Centre, 300 West Morgan Street, Durham, NC 27701

on 8/27/09 at 11:00 AM

to consider and act upon the following:

Motion to Modify Plan to lower plan payment Filed by Debtor Tracy Lynn Dudley.

Dated: 8/3/09                                                                                          OFFICE OF THE CLERK/ cph

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.