C-13-15(a) Motion
(Rev 10/06)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Tracy Lynn Dudley            )        **Motion and Notice**
                                    )           **Chapter 13**
                                    )
                                    )        No. B-06-81166 C-13D
            Debtor(s)               )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

Saxon Mortgage filed Trustee's Claim No. 2 which was allowed as a secured long-term continuing debt. The Trustee has been notified by the creditor that the monthly principal and interest payment has been changed to $1,025.73 effective October, 2009.

The Standing Trustee respectfully recommends to the Court that an Order be entered providing a monthly payment to Saxon Mortgage of $1,025.73 effective October, 2009.


Date:  October 23, 2009                              s/Richard M. Hutson, II
       ltp                                           Standing Trustee
-------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before November 23, 2009, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on December 10, 2009, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date:  October 23, 2009                              OFFICE OF THE CLERK
                                                     U.S. Bankruptcy Court

**PARTIES TO BE SERVED
PAGE 1 OF 1
B-06-81166 C-13D**

Tracy Lynn Dudley
Post Office Box 596
Chapel Hill, NC 27514

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

Saxon Mortgage Services
4708 Mercantile Drive
Fort Worth, TX 76137