C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In Re:  Tracy Lynn Dudley            )
                                     )
                                     )
                                     )          No. B-06-81166 C-13D
             Debtor(s)               )

## WITHDRAWAL OF MOTION

    NOW COMES Richard M. Hutson, II, Standing Trustee, and requests that the Motion by the Trustee filed on October 23, 2009 (Document Number 81) be withdrawn.


Date: October 27, 2009                        s/Richard M. Hutson, II
                                                    Richard M. Hutson, II
                                                    Standing Trustee
                                                    PO Box 3613
                                                    Durham, NC  27702

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-06-81166 C-13D**

Tracy Lynn Dudley
Post Office Box 596
Chapel Hill, NC 27514

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

Saxon Mortgage Services
4708 Mercantile Drive
Fort Worth, TX 76137